| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Dennis**<br>First name<br><br>**W**<br>Middle name<br><br>**Haack**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6489 | |

Debtor 1 **Dennis W Haack** _____    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | **305 Rockport Road**<br>**Janesville, WI 53548**<br>Number, Street, City, State & ZIP Code<br><br>**Rock**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  **Dennis W Haack** _____  Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Western District of Wisconsin** | When | **4/10/24** | Case number | **3-24-10690** |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Do you rent your residence?**

☐ No.  Go to line 12.
■ Yes.  Has your landlord obtained an eviction judgment against you?

  ■ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Dennis W Haack**  Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No. Go to Part 4.

■ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Haack's Concessions**
Name of business, if any

**305 Rockport Road**
**Janesville, WI 53548**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

| Debtor 1 | Dennis W Haack | Case number *(if known)* |
|---|---|---|

**Part 5:** **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Dennis W Haack** _____  Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Dennis W Haack_ _____    _11-27-24_ _____
Dennis W Haack                                Signature of Debtor 2
Signature of Debtor 1

Executed on _____           Executed on _____
            MM / DD / YYYY                             MM / DD / YYYY

Debtor 1  Dennis W Haack                                                                          Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*/s/ Claire Ann Richman*
Signature of Attorney for Debtor

Date  **November 27, 2024**
MM / DD / YYYY

**Claire Ann Richman 1020942**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**      Email address  **crichman@randr.law**

**1020942 WI**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **Dennis W Haack**
First Name   Middle Name   Last Name

Debtor 2 (Spouse if, filing):
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known): _____

☐ Check if this is an amended filing

---

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

What is the nature of the claim?   **Utilities**   **$6,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact
Contact phone

**2**
**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197-6111**

What is the nature of the claim?   **Utilities**   **$3,436.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -

Contact

| Debtor 1 | **Dennis W Haack** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

---

**3**

**Great American Finance**
**200 South Michigan Avenue,**
**Suite450**
**Chicago, IL 60604**

Contact

Contact phone

**What is the nature of the claim?**   **Personal loan**   **$3,387.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

---

**4**

**Illinois Department of Revenue**
**Bankrupcy Unit**
**PO Box 19035**
**Springfield, IL 62794-9035**

Contact

Contact phone

**What is the nature of the claim?**   **Payroll tax**   **$3,356.84**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

---

**5**

**Illinois Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 19035**
**Springfield, IL 62794-9035**

Contact

Contact phone

**What is the nature of the claim?**   **Sales tax**   **$11,096.15**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   -
  - Unsecured claim

---

**6**

**Illinois Dept of Employment**
**Security**
**33 South State Street**
**Chicago, IL 60603**

**What is the nature of the claim?**   **Unemployment tax**   **$5,253.56**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

Debtor 1     **Dennis W Haack**            Case number *(if known)*

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**7**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?**    **Payroll tax**    **$8,290.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**8**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?**    **Income tax**    **$8,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**9**

**Iowa Department of Revenue**
**Hoover State Office Building**
**1305 East Walnut Street**
**Des Moines, IA 50319**

**What is the nature of the claim?**    **Sales tax**    **$7,964.27**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact

Contact phone

---

**10**

**James Stewart**
**501 Texas Street**

**What is the nature of the claim?**    **worthless check**    **$4,885.00**

---

Debtor 1 **Dennis W Haack** Case number *(if known)*

**Shreveport, LA 71101**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**11**

**JKJ Workforce Agency**
**2906 S Expressway 83**
**Harlingen, TX 78550**

**What is the nature of the claim?** **Business** **$18,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**12**

**Krekeler Law, SC**
**26 Schroeder Ct., Ste 300**
**Madison, WI 53711-2503**

**What is the nature of the claim?** **Legal Service** **$10,396.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**13**

**Miskell Law Center**
**218 W Madison St**
**Ottawa, IL 61350**

**What is the nature of the claim?** **Legal services** **$5,150.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -

Contact

---

Debtor 1    **Dennis W Haack**      Case number *(if known)*

Contact phone      Unsecured claim

---

**14**

**One Main Financial**
**PO Box 1201**
**Farmington, MO 63640**

**What is the nature of the claim?**    **Loan**    **$9,183.33**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**15**

**Ryan Sanders Sports Services**
**3400 E Palm Valley Blvd**
**Round Rock, TX 78665**

**What is the nature of the claim?**    **Business expense**    **$3,232.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**16**

**State Bank Of Davis**
**100 Route 75**
**Davis, IL 61019**

**What is the nature of the claim?**    **Loan No: 114447 H AND R Rental Properties, LLC Asset: 9652 US Route 20 E, Pecatonica IL 61063 FMV per Zillow $253,700 x .08 =$233,404 Liabilities:**    **$159,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

| Debtor 1 | **Dennis W Haack** | Case number *(if known)* |
|---|---|---|

### 17

**State Fair Louisiana**
**3701 Hudson Avenue**
**Shreveport, LA 71109**

**What is the nature of the claim?** **Vendor location rental payment.** **$4,050.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                                -
  Unsecured claim

Contact

Contact phone

---

### 18

**Texas Comptroller**
**P.O. Box 149359**
**Austin, TX 78714**

**What is the nature of the claim?** **Sales tax** **$3,783.33**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                                -
  Unsecured claim

Contact

Contact phone

---

### 19

**U.S. Small Business Administration**
**P.O. Box 3918**
**Portland, OR 97208**

**What is the nature of the claim?** **Concessions equipment and supplies for corn roasting including tent.** **$395,800.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$401,800.00**
  Value of security:                              - **$6,000.00**
  Unsecured claim                                   **$395,800.00**

Contact

Contact phone

---

### 20

**Wisconsin Dept of Revenue**
**PO Box 3028**
**Milwaukee, WI 53201**

**What is the nature of the claim?** **Sales Tax** **$5,254.39**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
  Disputed

Debtor 1  Dennis W Haack    Case number *(if known)* _____

☐
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:  -_____
   Unsecured claim

Contact

Contact phone

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  */s/ Dennis W Haack*       X _____
Dennis W Haack                Signature of Debtor 2
Signature of Debtor 1

Date   11-22-24               Date _____

```
A.R.M. Solutions
PO Box 2929
Camarillo, CA 93011

American Coradius International LLC
2420 Sweet Home Road
Suite 150
Amherst, NY 14228-2244

AmTrust North America
P.O. Box 6939
Cleveland, OH 44101

Anfi Collections
PO Box 3517
Bloomington, IL 61702

Anytime Fuel Pros LLC
18325 Bracken Dr,
San Antonio, TX 78266

Aurora Health Care
PO Box 809418
Chicago, IL 60680

Aurora Health Care
AMG Fond du Lac
PO BOX 809418
Carol Stream, IL 60197

Austin E.R. Associates PLLC
P.O. Box 412939
Kansas City, MO 64141

Bay County Treasurer
515 Center Ave
Bay City, MI 48708

Biehl & Biehl
P.O. Box 87410
Carol Stream, IL 60188-7410

Blakely & Blakely Law Firm
1122 Cranston Road, Suite 2
Beloit, WI 53511

Capital One
PO Box 4069
Carol Stream, IL 60197-4069

Capital One Bank - Menard's
PO BOX 4069
Carol Stream, IL 61097
```

Central TX Regional Mobility Authority
P.O. Box 3469
Pflugerville, TX 78691

Champaign Park District
706 Kenwood Road
Champaign, IL 61821

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Comenity - Buckle
PO Box 650973
Dallas, TX 75265

Comenity - Victoria's Secret
PO Box 650972
Dallas, TX 75265

Comenity Bank - Torrid
P.O. Box 650960
Dallas, TX 75265

Credit One Bank
PO BOX 60500
City of Industry, CA 91716

FHN Memorial Hospital
P.O. BOX 857
 Freeport, CT 06103-2000

First National Bank Of Hughes Springs
PO BOX 188
Hughes Springs, TX 75656

Gills Freeport Disposal
A Waste Connections Company
P.O. BOX 535233
Pittsburgh, PA 15253-5233

Global Collections
14 East 14 Mile Road, Suite 100
Clawson, MI 48017

Grainger Industries
1251 Hall Court
Deer Park, TX 77536

Great American Finance
200 South Michigan Avenue, Suite450
Chicago, IL 60604

H & R Rental Properties LLC
305 Rockport Road
Janesville, WI 53548

H and R Rental Properties, LLC
9652 US Route 20 E
Pecatonica, IL 61063

Halo Branded Solutions
3182 Momentum Place
Chicago, IL 60689

IC System Inc.
PO Box 64378
Saint Paul, MN 55164

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Dept of Employment Security
33 South State Street
Chicago, IL 60603

Illinois Tollway
P.O. Box 5544
Lisle, IL 60532-5021

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Iowa Department of Revenue
Hoover State Office Building
1305 East Walnut Street
Des Moines, IA 50319

James Stewart
501 Texas Street
Shreveport, LA 71101

JKJ Workforce Agency
2906 S Expressway 83
Harlingen, TX 78550

Krekeler Law, SC
26 Schroeder Ct., Ste 300
Madison, WI 53711-2503

Louisiana Department of Revenue
P.O. Box 4969
Baton Rouge, LA 70821

```
McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

Medallion Bank
PO Box 3999
Saint Joseph, MO 64503

Miskell Law Center
218 W Madison St
Ottawa, IL 61350

Mueller Austin Emergency Center
PO Box 410766
Kansas City, MO 64141

Oklahoma Turnpike Authority
PO Box 11255
Oklahoma City, OK 73136

One Main Financial
PO Box 1201
Farmington, MO 63640

Radius Global Solutions LLC
PO Box 390916
Minneapolis, MN 55439

Ryan Sanders Sports Services
3400 E Palm Valley Blvd
Round Rock, TX 78665

SSM Health
PO Box 955978
Saint Louis, MO 63195

State Bank Of Davis
100 Route 75
Davis, IL 61019

State Collection Service, Inc.
2509 S. Stoughton Rd.
Madison, WI 53716

State Fair Louisiana
3701 Hudson Avenue
Shreveport, LA 71109

Synchrony Bank - Discount Tire
PO BOX 71715
Philadelphia, PA 19176

Synchrony Bank - Sam's Club
P.O. Box 669809
Dallas, TX 75266
```

```
Texas Comptroller
P.O. Box 149359
Austin, TX 78714

Texas Tollways
PO Box 650749
Dallas, TX 75265

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208

Wisconsin Department of Revenue
Bankruptcy Unit, MS 5-144
PO Box 8901
Madison, WI 53708-8901

Wisconsin Dept of Revenue
PO Box 3028
Milwaukee, WI 53201

Wisconsin Dept. of Workforce
PO BOX 7948
Madison, WI 53707
```