

**Eliza M. Reyes**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.709.5988
ereyes@RandR.law

April 3, 2025

*Via CM/ECF*

The Honorable Beth E. Hanan
U.S. Bankruptcy Court
Western District of Wisconsin
120 North Henry Street, Room 340
Madison, Wisconsin 53703-2559

      RE:   *In re Dennis W Haack, Case No. 24-12425-beh*

Dear Judge Hanan:

      On February 25, 2025, Dennis Haack, the Debtor herein, filed a proposed plan of reorganization, [*See* Doc 53]. On February 26, 2025, the Court entered its *Order on and Notice of Plan Confirmation Hearing and Related Procedures and Deadlines*. That order required parties to submit an objection to confirmation by March 31, 2025, and the Debtor to file its responses by April 7, 2025, [*See* Doc 54]. Three parties each filed a timely objection.

      In lieu of responding to the objections, the Debtor intends to propose an amended plan of reorganization to address and resolve the objections. Therefore, the Debtor respectfully requests the Court to convert the confirmation hearing set for Monday, April 14, 2025, at 10:00 am to a telephonic status conference. At that hearing, the Debtor will update the court and all interested parties regarding the status of an amended plan. Because all the objecting parties are expected to appear at the April 14, 2025, hearing, the Debtor hopes that the Court will also utilize the status conference to reschedule the confirmation hearing and set deadlines related to the Debtor's proposed amended plan of reorganization.

      Thank you for your consideration.

Sincerely,

RICHMAN & RICHMAN LLC

*/s/ Eliza M. Reyes*

Eliza M. Reyes
EMR/ hms